**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7087**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CALVIN LASHAWN BRYANT,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Fox, Senior District Judge.  (5:04-cr-00369-F-1)

Submitted:  October 16, 2014          Decided:  October 22, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Lashawn Bryant, Appellant Pro Se.  Edward D. Gray, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lashawn Bryant appeals the district court's order denying his motion to correct the district court's judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bryant, No. 5:04-cr-00369-F-1 (E.D.N.C. July 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED